UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE OF MICHIGAN,
LAVONYA NELSON,
              Plaintiffs,         Case No. 07-15028
                                    Hon. Anna Diggs Taylor
v.                             Magistrate Judge Donald A. Scheer

MARLON D. MATTHEWS-EL,
              Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE'S REPORT AND RECOMMENDATION DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND REMANDING THE CASE TO STATE COURT

      This matter is before the Court on Magistrate Judge Donald A. Scheer's Report and Recommendation of December 28, 2007, finding Defendant's Removal Petition fatally defective, denying his Application to Proceed In Forma Pauperis and recommending a summary order of remand to the state court.

      The Court has reviewed the file, the Magistrate Judge's Report and Recommendation, and Defendant's objections. The Court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

      Therefore, the Court will accept the Magistrate's Report and Recommendation of December 28, 2007 as the findings and conclusions of this Court.

      Accordingly,

      IT IS HEREBY ORDERED that Magistrate Judge Scheer's Report and Recommendation of December 28, 2007 [D/E 4] is ACCEPTED and ADOPTED.

      IT IS FURTHER ORDERED that Defendant, Marlon D. Matthew-El's application to proceed In Forma Pauperis [D/E 2] be and hereby is DENIED, and that a summary order of remand returning this matter to state court is hereby ENTERED.

      IT IS SO ORDERED.

                                                  **s/ Anna Diggs Taylor**
                                                  ANNA DIGGS TAYLOR
Dated: January 14, 2008               UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on January 14, 2008.

Marlon Matthews
22110 Ridgedale Street
Oak Park, MI 48257

s/Johnetta M. Curry-Williams
Case Manager